UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| PAUL JACKSON HINTON, JR., | ) |
| Plaintiff | ) |
| vs. | ) Case No. 7:18-cv-00961-LSC |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant | ) |

## MEMORANDUM OPINION

On July 12, 2019, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen (14) days in which to file objections to the magistrate judge's recommendations. No objections were filed.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the court affirm the Commissioner's decision.

The court will enter a separate order in conformity with this Memorandum Opinion.

**DONE** and **ORDERED** on August 13, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704