UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| PAUL JACKSON HINTON, JR., | ) |
| Plaintiff | ) |
| vs. | ) Case No. 7:18-cv-00961-LSC |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant | ) |

# **FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered contemporaneously with this Order and Rule 58, Fed. R. Civ. P., the court AFFIRMS the decision of the Commissioner of the Social Security Administration.

**DONE** AND **ORDERED** ON AUGUST 13, 2019.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704